**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:23-cv- 03427 ) |
| WINGS OVER ENGLEWOOD LLC, and TINA WILLIAMS, | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff, HARTFORD UNDERWRITERS INSURANCE COMPANY ("Hartford"), by its attorney, Michael J. O'Malley of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action in its entirety, without prejudice, with each party to bear its own costs and respective attorney's fees.

Respectfully submitted,

HARTFORD UNDERWRITERS INSURANCE COMPANY,

By: /s/ Michael J. O'Malley
One of Its Attorneys

Michael J. O'Malley (6310024)
michael.o'malley@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550
(312) 704-1522 (fax)

2974573v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2023, I caused to be electronically filed HARTFORD UNDERWRITERS INSURANCE COMPANY'S Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By:      /s/ Michael J. O'Malley
                                                        One of the Attorneys for HARTFORD UNDERWRITERS INSURANCE COMPANY